UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust 2019-GS1

In Re:

Dayna Pimental,

Debtor.

Case No.:     19-18920-JNP

Chapter:     13

Hearing Date:     11/24/2020

Judge:     Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1021 Atlantic Avenue (Docket # 27)

_____

Date: 11/18/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*