**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Trenton)**

| | |
|---|---|
| IN RE: | Case No: 18-30881 |
| | Loan Number (Last 4): 5815 |
| Debtors: Dorothy R. Lodato | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CSMC 2021-RPL8 Trust | Community Loan Servicing, LLC |
|---|---|
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 4 |
| Amount of Claim: | $113,561.08 |
| Date Claim Filed: | 12/31/2018 |
| Last Four Digits of Acct #: | 6660 |

Phone:    1-800-258-8602
Last Four Digits of Acct #:    5815

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:    1-800-258-8602
Last Four Digits of Acct #:    5815

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ John Shelley                    Date:    10/25/2021
       InfoEx, LLC, as authorized filing agent
       (Approved by: Dilan Foutz)

Specific Contact Information:

Dilan Foutz - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

494607-ca26c657-e9d9-40f5-95c8-ad3c50880cee-