| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-30881 / MBK**

Dorothy R. Lodato

Petition Filed Date: 10/21/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 01/08/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2021 | $500.00 | 74088280 | 02/25/2021 | $500.00 | 74756530 | 03/29/2021 | $500.00 | 75576550 |
| 04/29/2021 | $500.00 | 76299830 | 05/28/2021 | $500.00 | 76989690 | 06/25/2021 | $500.00 | 77645450 |
| 08/24/2021 | $500.00 | 78997310 | 08/25/2021 | $500.00 | 78997470 | 09/27/2021 | $500.00 | 79712770 |
| 11/01/2021 | $500.00 | 80464790 | 11/29/2021 | $500.00 | 81066910 | 02/02/2022 | $500.00 | 27540494605 |
| 02/02/2022 | $500.00 | 27540494616 | 02/02/2022 | $500.00 | 27540494627 | | | |

**Total Receipts for the Period:  $7,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,087.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dorothy R. Lodato | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  AMD DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»»  2017 FORD ESCAPE/LEASE | Debt Secured by Vehicle<br>No Disbursements: Paid in Full | $0.00 | $0.00 | $0.00 |
| 2 | CENTRAL JERSEY FCU<br>»»  P/206 SOUTH PLAINFIELD AVE/2ND MTG/ORDER 12/10/2018 | Mortgage Arrears | $10,088.89 | $10,088.89 | $0.00 |
| 3 | AMERICAN EXPRESS | Unsecured Creditors | $9,245.38 | $1,402.15 | $7,843.23 |
| 4 | CSMC 2021-RPL8 TRUST<br>»»  P/206 S. PLAINFIELD AVE/1ST MTG/BAYVIEW/COMM LOAN | Mortgage Arrears | $1,052.61 | $1,052.61 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 12/19/19 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»»  ORDER 7/17/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 18-30881 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/3/2022: | | | |
| Total Receipts: | $21,087.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,193.65 | Current Monthly Payment: | $486.00 |
| Paid to Trustee: | $1,519.35 | Arrearages: | ($812.00) |
| Funds on Hand: | $1,374.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

