Certificate Number: 05781-NJ-DE-036858432

Bankruptcy Case Number: 18-30881



05781-NJ-DE-036858432

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2022</u>, at <u>1:39</u> o'clock <u>PM PDT</u>, <u>Dorothy Lodato</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   September 26, 2022                By:   /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title:  President