UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dorothy R. Lodato

Case No.: 18-30881
Chapter: 13
Judge: MBK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Dorothy R. Lodato, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9/27/22

Debtor's Signature: Dorothy Lodato

IMPORTANT:
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

rev.6/16/17