| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road<br>Suite 17<br>Cherry Hill, NJ 08003<br>Attorney for Debtor<br>(856) 778-8677 | Order Filed on November 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Dorothy R. Lodato | Case No.: 18-30881<br><br>Hearing Date: November 9, 2022 at 9:00 am<br><br>Judge: MBK<br><br>Chapter: 13 |

# ORDER TO EXTEND FORD MOTOR CREDIT LEASE 3 ADDITIONAL MONTHS

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: November 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**In re: Dorothy R. Lodato**
**Case No.: 18-30881 (MBK)**
**Caption of Order: Order to Extend Ford Motor Credit Lease 3 Additional Months**

___

This matter being opened to the Court by the Debtor, through her attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtor and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that Debtor's lease with Ford Motor Credit is hereby extended 3 additional months (90 days from the date September 25, 2022) to allow the completion of debtor's bankruptcy case and the issuance of her Discharge.