UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for Debtor
(856) 778-8677

**Order Filed on November 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dorothy R. Lodato

Case No.: 18-30881

Hearing Date: November 9, 2022 at 9:00 am

Judge: MBK

Chapter: 13

**ORDER TO EXTEND FORD MOTOR CREDIT LEASE 3 ADDITIONAL MONTHS**

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: November 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**In re: Dorothy R. Lodato**
**Case No.: 18-30881 (MBK)**
**Caption of Order: Order to Extend Ford Motor Credit Lease 3 Additional Months**
_____

This matter being opened to the Court by the Debtor, through her attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtor and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that Debtor's lease with Ford Motor Credit is hereby extended 3 additional months (90 days from the date September 25, 2022) to allow the completion of debtor's bankruptcy case and the issuance of her Discharge.

United States Bankruptcy Court

District of New Jersey

In re:  
Dorothy R. Lodato  
    Debtor

Case No. 18-30881-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dorothy R. Lodato, 206 South Plainfield Avenue, South Plainfield, NJ 07080-4035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Central Jersey Federal Credit Union collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL8 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | |

Case 18-30881-MBK    Doc 65    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino

on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Robert J. Malloy

on behalf of Creditor CJFCU ecf@robmalloylaw.com

Stacey L. Mullen

on behalf of Debtor Dorothy R. Lodato slmullen@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11